United States Courts
Southern District of Texas
FILED

*6/1/2020*

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § § | **CRIMINAL NO. 4:20-mj-470** |
| **AARON WILLIS** § § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or about March 5, 2020, within the Southern District of Texas,

**AARON WILLIS,**

the defendant, at a place within the special maritime and territorial jurisdiction of the United States, namely, the high seas, while on board the Carnival Vista Cruise Ship, did physically assault L.C., a minor male (DOB 10-15-2006), by striking, beating and wounding him.

In violation of Title 18, United States Code, Section 7(3) and 113(a)(4).

RYAN K. PATRICK
UNITED STATES ATTORNEY

BY: _____
CARRIE WIRSING
Assistant United States Attorney